UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT F. ARNOLD, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01736-RLY-MJD |
| TONY SKINNER, et al., | ) ) ) |
| Defendants. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF FINAL JUDGMENT

The Magistrate Judge has submitted his Report and Recommendation, dkt. [25], recommending that the complaint be **DISMISSED WITH PREJUDICE**. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

All other pending motions are denied as moot.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 11/12/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT F. ARNOLD, JR.
Frog House Recovery
332 W. 11th Street
Anderson, IN 46016

All Electronically Registered Counsel